Ryan J. McCarthy, Bar #020571
Josh M. Snell, Bar #021602
Brian J. Ripple, Bar #033997
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-1783
Fax:  (602) 200-7878
rmccarthy@jshfirm.com
jsnell@jshfirm.com
bripple@jshfirm.com

Attorneys for Defendant Farm Bureau
Property & Casualty Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Lee, | No. CV-22-01710-PHX-JJT |
| Plaintiff, | **STIPULATION REGARDING ARBITRATION AND DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| Farm Bureau Property & Casualty Insurance Company and ABC Companies 1-5, | |
| Defendants. | |

The parties, by and through undersigned counsel, stipulate and request that this case be dismissed without prejudice, and arbitrated between the parties.

## FACTUAL BACKGROUND

1.      Plaintiff Norma Lee is an insured under policy 8122316 issued by Farm Bureau Property & Casualty Ins. Co.

2.      On September 17, 2019, Ms. Lee was involved in a motor vehicle accident and claims certain injuries from the accident.

3.      On March 4, 2022, Ms. Lee submitted a claim for benefits under the underinsured motorist provision of policy 8122316.

4.      On March 16, 2022, Farm Bureau denied Ms. Lee's claim for underinsured benefits.

11205748.1

5. On August 23, 2022, Ms. Lee requested an arbitration to resolve the dispute between the parties regarding whether Ms. Lee is entitled to benefits under the underinsured motorist provision of policy 8122316.

6. On September 7, 2022, Ms. Lee filed a civil action against Farm Bureau. The action is currently pending in the United States District Court for the District of Arizona. See CV-22-01710-JTT.

The parties have agreed to resolve their dispute regarding Ms. Lee's claim for benefits through arbitration. Accordingly, the parties agree as follows:

1. The District Court action (CV-22-01710-JTT) will be dismissed without prejudice.

DATED this 1st day of December, 2022.

FRIEDL RICHARDSON                          JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Richard Langerman                   By /s/ Ryan J. McCarthy
   Thomas M. Richardson                       Ryan J. McCarthy
   Richard Langerman                          Josh M. Snell
   13633 N. Cave Creek Road                   Brian J. Ripple
   Phoenix, Arizona 85022                     40 N. Central Avenue, Suite 2700
   Attorneys for Plaintiff                    Phoenix, Arizona 85004
                                              Attorneys for Defendant Farm Bureau
                                              Property & Casualty Insurance Company

2

11205748.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Thomas M. Richardson
Richard Langerman
FRIEDL RICHARDSON
13633 N. Cave Creek Road
Phoenix, Arizona 85022

/s/ Mary Creed

3

11205748.1