# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norma Lee, | No. CV-22-01710-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Farm Bureau Property & Casualty Insurance Company, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation Regarding Arbitration and Dismissal Without Prejudice (Doc. 13), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 13), the parties having agreed to resolve their dispute regarding Plaintiff's claim for benefits through arbitration.

**IT IS FURTHER ORDERED** vacating the Telephonic Rule 16 Scheduling Conference set for 9:00 AM on December 15, 2022.

**IT IS FURTHER ORDERED** that above-entitled matter is hereby dismissed without prejudice. The Clerk shall close this matter.

Dated this 7th day of December, 2022.

Honorable John J. Tuchi
United States District Judge